UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGIL PARAMI ANINION,<br><br>Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>Defendant. | CASE NO.: 1:24-cv-00243-GSA<br><br>**ORDER TERMINATING IFP APPLICATION AS MOOT, TERMINATING F&R AS MOOT, DIRECTING CLERK TO ISSUE NEW CASE DOCUMENTS**<br><br>(Doc. 2, 6) |

Plaintiff moved to proceed IFP. Doc. 2. Findings and recommendations were entered to deny the application. Doc. 6. Plaintiff has since paid the filing fee.

Accordingly, it is **ORDERED** that:

1. Plaintiff's application to proceed in forma pauperis (Doc. 2) is **TERMINATED** as moot.
2. The Findings and Recommendations (Doc. 6) are **TERMINATED** as moot.
3. The Clerk of Court is **DIRECTED** to issue new case documents including: 1) summons, 2) Order re Consent or Request for Reassignment, 3) notice and form of consent/decline to proceed before a magistrate judge; 4) scheduling order.

IT IS SO ORDERED.

Dated:   **March 7, 2024**            /s/ Gary S. Austin
                                UNITED STATES MAGISTRATE JUDGE