UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| VIRGIL PARAMI ANINION, | No. 1:24-cv-00243-WBS-GSA |
| Plaintiff, | |
| v. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

----oo0oo----

Plaintiff has filed objections to the Magistrate Judge's Findings and Recommendations on plaintiff's motion for summary judgment. (See Docket Nos. 14, 20, 21.) Defendant shall respond to the objections within 14 days of the date of this order. Upon receipt of defendant's response, the court will take the motion for summary judgment under submission and will inform the parties if oral argument or further proceedings are necessary.

IT IS SO ORDERED.

Dated: July 9, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE